UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAN DEMERS,<br><br>Defendant. | 2:21-PO-05004 -KLD<br>Ticket Number: FABB007W<br>Location Code: M5<br><br><br>JUDGMENT IN A CRIMINAL CASE |

On November 30, 2021, Defendant Dan Demers appeared in Court and entered a plea of no contest to the charge of threatening, resisting, intimidating, or interfering with any forest officer engages in or on account of the performance of his or her official duties in violation of 36 C.F.R. § 261.3A.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

1. Defendant must pay a fine in the amount of $50 fine plus a $10 Special Assessment and $30 Processing Fee for a total amount due of $90. Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278. Alternatively, Defendant may pay online at www.cvb.uscourts.gov. Payment shall be made by January 4, 2022.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14)

days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.  If Defendant appeals, Defendant will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing the appeal. Defendant also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

DATED this 1st day of December, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge